REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

MAY 25 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:20-CR-77 |
| | ) | Violations: 18 U.S.C. § 1958(a); |
| TYSHON L. POWELL, and | ) | 18 U.S.C. §§ 1512(a)(1)(A) and (C) |
| HENRY E. UNDERWOOD | ) | and § 2; 1512(a)(2)(A), 1512(b)(1) |
| | ) | and (3), 18 U.S.C. § 922(g); and |
| | ) | 18 U.S.C. § 924(c) |

**THE GRAND JURY CHARGES:**

COUNT 1

On or about May 31, 2018, and continuing to on or about June 1, 2018, in the Northern District of Indiana,

TYSHON L. POWELL and
HENRY E. UNDERWOOD,

defendants herein, did use and cause another to use any facility of interstate and foreign commerce, with intent that a murder be committed in violation of the laws of the State of Indiana, as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, resulting in personal injury;

All in violation of 18 U.S.C. § 1958(a).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>

On or about May 31, 2018, and continuing to on or about June 1, 2018, in the Northern District of Indiana,

> TYSHON L. POWELL and
> HENRY E. UNDERWOOD,

defendants herein, did attempt to kill another person, with intent to prevent the attendance and testimony of this person in an official proceeding and with intent to prevent the communication by this person to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a federal offense;

All in violation of 18 U.S.C. § 1512(a)(1)(A) and (C) and 18 U.S.C. § 2.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about May 31, 2018, and continuing to on or about June 1, 2018, in the Northern District of Indiana,

>    TYSHON L. POWELL, and
>    HENRY E. UNDERWOOD,

defendant herein, did use physical force and attempt to use physical force against another person, with intent to influence, delay, and prevent testimony of this person in an official proceeding;

All in violation of 18 U.S.C. § 1512(a)(2)(A) and 18 U.S.C. § 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>

On or about March 28, 2018, and continuing to on or about May 31, 2018, in the Northern District of Indiana,

TYSHON L. POWELL,

defendant herein, did knowingly attempt to intimidate, threaten, and corruptly persuade another person, with the intent to influence and prevent the testimony of this person in an official proceeding and with the intent to hinder, delay, and prevent the communication of this person to a law enforcement officer or judge of the United States of information relating to the commission and possible commission of a federal offense, by offering this person monetary compensation to withhold information and provide false information to the Federal Bureau of Investigation;

All in violation of 18 U.S.C. § 1512(b)(1) and (3).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>

On or about May 31, 2018, and continuing to on or about July 12, 2018, in the Northern District of Indiana,

HENRY E. UNDERWOOD,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is to say:

> On June 19, 2014, Henry E. Underwood, was sentenced on his conviction in the Allen County Superior Court, State of Indiana, case number 02D05-1303-FC-81, of Corrupt Business Influence, a class C felony; and

> On July 15, 2014, Henry E. Underwood, was sentenced on his conviction in the Adams County Circuit Court, State of Indiana, case number 01C01-1301-FC-0001, of Corrupt Business Influence, a class C felony;

did knowingly possess a firearm, and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(1).

## THE GRAND JURY FURTHER CHARGES:

### COUNT 6

On or about May 31, 2018, and continuing to on or about June 1, 2018, in the Northern District of Indiana,

### HENRY E. UNDERWOOD,

defendant herein, knowingly discharged, brandished, carried, and used a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that being attempting to kill another person, with intent to prevent the attendance and testimony of this person in an official proceeding and with intent to prevent the communication by this person to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a federal offense, in violation of 18 U.S.C. § 1512(a)(1)(A) and (C), as alleged in Count 2, and using and attempting to use physical force against another person, with intent to influence, delay, and prevent testimony of this person in an official proceeding, in violation of 18 U.S.C. § 1512(a)(2)(A), as alleged in Count 3;

All in violation of 18 U.S.C. § 924(c).

## FORFEITURE ALLEGATION

The allegations contained in Counts 5 and 6 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the firearm offenses alleged in Count 5 and 6 of this Indictment, defendant Underwood shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in the commission of the offenses.

A TRUE BILL

/s/ Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

/s/ Stacey R. Speith
By:  Stacey R. Speith
     Anthony W. Geller
     Assistant United States Attorneys